United States District Court

Eastern District of California

Carl Thomas Henderson, Jr.,

    Petitioner,        No. Civ. S 05-1667 MCE PAN P

  vs.                        Order

Tom L. Carey, et al.,

    Respondents.

-oOo-

    Petitioner seeks leave to proceed in forma pauperis in a habeas corpus action.  A habeas petitioner must either pay a $5.00 filing fee or submit an affidavit showing he or she is unable to pay or give security for the fee.  28 U.S.C. § 1915(a).

    Petitioner's in forma pauperis affidavit shows he currently is employed.  His average monthly balance over the last six months was $976.07 and his average monthly deposits over the last six months were $141.90.  His current balance is $461.71.

    Petitioner has failed to show he is unable to pay the filing

1 | fee.  <u>Alexander v. Carson Adult High School</u>, 9 F.3d 1448 (9th
2 | Cir. 1993).
3 |     Accordingly, within 20 days petitioner must submit the $5.00
4 | filing fee to the Clerk of the Court.  Otherwise the case will be
5 | closed.
6 |     So ordered.
7 |     Dated:  September 13, 2005.

                                               <u>/s/ Peter A. Nowinski</u>
                                               PETER A. NOWINSKI
                                               Magistrate Judge