IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL THOMAS HENDERSON,

    Petitioner,                  No. CIV S-05-1667 MCE PAN P

    vs.

TOM L. CAREY,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 23, 2005, respondent filed a motion to dismiss. On December 22, 2005, petitioner filed an opposition to the motion.

        In the motion, respondent contends that petitioner has no federally protected liberty interest in parole under California law. To support that contention, respondent relies on an order of the district court in <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D.Cal. 2005). The United States Court of Appeals for the Ninth Circuit held oral argument on the <u>Sass</u> case on March 16, 2006. Good cause appearing, respondents' motion will be denied without prejudice to its renewal, as appropriate, not later than thirty days after any decision by the court of appeals in <u>Sass</u>.

/////

1

1          In accordance with the above, IT IS HEREBY ORDERED that respondents'
2   November 23, 2005 motion to dismiss is denied without prejudice.
3   DATED:  May 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; hend1667.mtd